UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARLENE THOMPSON, ) <br> ) <br>         Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> KILOLO KIJAKAZI, Acting Commissioner of ) <br> Social Security, ) <br>         Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 5:20-CV-243-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court OVERRULES plaintiff's objections to the M&R [D.E. 29], ADOPTS the conclusions in the M&R [D.E. 28], DENIES plaintiff's motion for judgment on the pleadings [D.E. 20]; GRANTS defendant's motion for judgment on the pleadings [D.E. 25], AFFIRMS defendant's final decision, and DISMISSES this action.

**This Judgment Filed and Entered on December 1, 2021, and Copies To:**
Jonathan Blair Biser                                                        (via CM/ECF electronic notification)
Amanda B. Gilman                                                         (via CM/ECF electronic notification)

DATE:                                   PETER A. MOORE, JR., CLERK
December 1, 2021                 (By) /s/ Nicole Sellers
                                                           Deputy Clerk